The People of the State of New York, Respondent, v. Joseph Kupperman and Benjamin Glass, Appellants.— Judgments of conviction reversed and new trials granted, in the interests of justice. All concur.

Ruth Henderson, by Hubert Henderson, as Guardian ad Litem, Hubert Henderson, Individually, and Alta Henderson, Respondents, v. John W. Whitbeck, Appellant.— Judgment unanimously affirmed, with costs.

The City of Troy, Respondent, v. James T. Murray, Appellant, and Others.— Judgment unanimously affirmed, with costs. [128 Misc. 419.]

Katie Sherlock, as Administratrix, etc., of John Sherlock, Deceased, Respondent, v. Joseph J. Hoy, Jr., Appellant, and Others.— Judgment and order unanimously affirmed, with costs.

Joseph Lavine, as Administrator, etc., of Henry J. Lavine, Deceased, Respondent, v. Indemnity Insurance Company of North America, Appellant.— Judgment unanimously affirmed, with costs. [142 Misc. 422.]

Ludvig Lorenz, Claimant, Respondent, v. The State of New York, Appellant. (Claim No. 21946.) — Judgment unanimously affirmed, with costs.

Emma R. Staley, Respondent, v. Greeley Square Hotel Co., Inc., Appellant.— Judgment unanimously affirmed, with costs.